# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM JAMES JONES,

     Defendant.

Case No. 2:13-cr-00344-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Judicial Recommendation re: RRC/Halfway House Placement (ECF No. 41) is DENIED.

DATED this _____ day of October, 2017.

Lloyd D. George
United States District Judge